ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-260 RHK/JMM

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD A. LUNAK,

Defendant.

ORDER

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Summons. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the affidavit of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted ~~an additional 120 days~~ until November 20, 2000 for service of the Summons and Complaint upon defendant.

Dated: 9/19/00

United States Magistrate-Judge

SEP 20 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK